**IN THE SUPREME COURT OF PENNSYLVANIA**
**MIDDLE DISTRICT**

SANDRA KRAZAN & FRANK J.
TOPOLSKI, JR., ADMINISTRATORS OF
THE ESTATES OF CAROLINE & FRANK
TOPOLSKI,

                Petitioners

                v.

KEYSTONE PROPANE SERVICES, INC.
AND KENNETH PRINGLE,

                Respondents

: No. 205 MAL 2017
:
:
:
: Petition for Allowance of Appeal from
: the Order of the Superior Court
:
:
:
:
:
:
:
:
:
:
:
:
:

## ORDER

**PER CURIAM**

      **AND NOW**, this 22nd day of August, 2017, the Petition for Allowance of Appeal

is **DENIED**.